IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-cv-00336-D

| | |
|---|---|
| FIRST FEDERAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **MOTION TO SUBSTITUTE** |
| ) | **PARTY PLAINTIFF** |
| INSTITUTE FOR INTERNATIONAL ) | |
| SPORT, DANIEL E. DOYLE, JR. and ) | |
| KATHERINE M. DOYLE, ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE coming on for consideration by the undersigned judge on the plaintiff's Motion to Substitute Party Plaintiff (the "Motion")[DE-20] filed pursuant to Rule 25 of the Federal Rules of Civil Procedure;

AND IT APPEARING to the court that the plaintiff has presented record notice confirming the merger of First Federal Bank with SCBT, a South Carolina state chartered banking corporation;

AND IT FURTHER APPEARING to the court both that the defendants consent to the Motion, and that there is good cause to grant the Motion;

IT IS THEREFORE ORDERED that the Motion to Substitute Party Plaintiff be and hereby is GRANTED and that the plaintiff be hereinafter designated as: *SCBT, a South Carolina state chartered banking corporation dba/First Federal, a Division of SCBT.*

This the **23** day of October, 2013.

_____
Hon. James C. Dever, III
Chief United States District Judge